Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| NUESSLE, SCOTT E | ) | CASE NO. 08-00410-PHX-GBN |
| NUESSLE, CRYSTAL J | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1007 | 03/13/10 | JOAN STEWART<br>3634 N. 143rd Lane<br>Goodyear AZ 85395 | $8.82 |
| 1009 | 03/13/10 | MARGO SMITH<br>2329 N. 123rd Lane<br>Avondale AZ 85323 | $6.84 |
| 1011 | 03/13/10 | CHRISTINA THOMISON<br>6512 N. 90th Dr.<br>Glendale AZ 85305 | $3.78 |
| 1012 | 03/13/10 | MANUAL CARRILLO<br>23353 W. Ashleigh Marie Dr.<br>Buckeye AZ 85326 | $9.46 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $28.90 to the Clerk of Court to be deposited in the Registry thereof.

July 2, 2010                               /S/ Maureen Gaughan
DATE                                       Maureen Gaughan, Trustee